1144

No. 00–556. PIERCE, SECRETARY, KANSAS DEPARTMENT OF REVENUE v. SAC AND FOX NATION OF MISSOURI ET AL.; and

No. 00–599. SAC AND FOX NATION OF MISSOURI ET AL. v. PIERCE, SECRETARY, KANSAS DEPARTMENT OF REVENUE. C. A. 10th Cir. Certiorari denied. Reported below: 213 F. 3d 566.

No. 00–560. KOREAN AIR LINES CO., LTD. v. WALLACE. C. A. 2d Cir. Certiorari denied.

No. 00–616. MANNING v. MCGRAW-HILL, INC. C. A. 10th Cir. Certiorari denied.

No. 00–617. INTERNATIONAL AIRCRAFT RECOVERY, LLC v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–629. VIRGINIA v. KINGDOM OF SPAIN; and

No. 00–652. SEA HUNT, INC. v. KINGDOM OF SPAIN. C. A. 4th Cir. Certiorari denied. Reported below: 221 F. 3d 634.

No. 00–709. B&G ENTERPRISES, LTD. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 00–722. MILLS ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–732. YOUNG v. CITY OF SULPHUR, LOUISIANA. C. A. 5th Cir. Certiorari denied.

No. 00–736. SENTENN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–739. BELCHER v. PRINCIPI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 00–754. SMITH v. PRINCIPI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 00–759. NEW PULASKI COMPANY LIMITED PARTNERSHIP v. MAYOR AND CITY COUNCIL OF BALTIMORE. C. A. 4th Cir. Certiorari denied.

No. 00–760. MCDANIEL v. DEPARTMENT OF THE INTERIOR. C. A. 5th Cir. Certiorari denied.